# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KANE D. WHITRACK** | **CIVIL ACTION** |
| vs. | **NO. 2:15-CV-04590-KDE-KWR** |
| **FREEDOM WELL SERVICES, L.L.C.** | |

## ORDER

Considering the Joint Motion to Dismiss with Prejudice brought by Plaintiff, Kane D. Whitrack, and Defendants, Freedom Well Services, L.L.C. and Travelers Casualty and Surety Company of America (Rec. Doc. 34);

**IT IS HEREBY ORDERED** that Freedom Well Services, L.L.C. and Travelers Casualty and Surety Company of America are dismissed, with prejudice, from this action, with each party to bear its own costs.

New Orleans, Louisiana this __19th__ day of May, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**